Filing # 114227623 E-Filed 09/30/2020 06:25:10 PM

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY,
FLORIDA

CASE NO.: 50-2020-CA010631-XXXX-MB

LYMAN BRADFORD, JR.,

       Plaintiff,

v.

WAL-MART STORES
EAST, L.P.

       Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, LYMAN BRADFORD, JR., by and through his undersigned

counsel, hereby sues the Defendant, WAL-MART STORES EAST, L.P., and alleges as follows:

## GENERAL ALLEGATIONS

1.     This is a claim for damages in excess of Thirty Thousand Dollars ($30,000.00),

exclusive of interest and costs.

2.     The Plaintiff, LYMAN BRADFORD, JR., was and is at all times material hereto a

resident of Palm Beach County, Florida.

3.     At all times material to the cause herein, the Defendant, WAL-MART STORES

EAST, LP, was a Foreign Company authorized to do business in the State of Florida and was

engaging in retail operations at: 4375 Belvedere Road, West Palm Beach, Palm Beach County,

Florida.

4.      On or about, October 4, 2016 Defendant, WAL-MART STORES EAST, LP, owned, maintained and/or controlled a WAL-MART STORES EAST, L.P. store located at 4375 Belvedere Road in West Palm Beach, Florida.

5.      At all times material to the cause herein, the Defendant, WAL-MART STORES EAST, LP, was open to the public for retail business.

6.      On October 4, 2016, the Plaintiff, LYMAN BRADFORD, JR., was a business patron/invitee at the aforementioned store as operated and controlled by the Defendant, WAL-MART STORES EAST, LP.

7.      Upon Plaintiff, LYMAN BRADFORD, JR's arrival at the subject store, it was his desire and intent to utilize an electric shopping cart as routinely provided by Defendant, WAL-MART STORES EAST, LP. for use by persons with physical limitations. Although there were no carts available for Plaintiff, LYMAN BRADFORD, JR.s use upon his arrival, one was brought to him shortly thereafter by an employee and/or agent of Defendant, WAL-MART STORES EAST, LP.

8.      At all times material to the cause herein, Plaintiff, LYMAN BRADFORD, JR., while exercising due care and caution for his own safety, was using the subject electric cart when said cart tipped over causing Plaintiff, LYMAN BRADFORD, JR., to tumble onto the floor, thus resulting in physical injury and damages.

## COUNT I – NEGLIGENCE OF WAL-MART STORES EAST, L.P.

Plaintiff readopts and realleges each and every allegation contained in paragraphs 1 through 8 as if they were fully set forth herein.

9.      The Defendant, WAL-MART STORES EAST, L.P., and its principles, agents and/or employees owed to the Plaintiff a duty of reasonable care to maintain the shopping areas

and equipment in a condition reasonably safe for their intended uses and free form all conditions which would render them dangerous and unsafe for the Plaintiff, or present an unreasonable risk of harm to him, in his lawful use of the same.

10. The Defendant, WAL-MART STORES EAST, L.P., was negligent in one or more of the following ways:

   a. Failing to own, maintain, and/or repair the subject electric shopping cart that toppled over during use by Plaintiff, LYMAN BRADFORD, JR.

   b. Failing to correct a dangerous condition the Defendant knew or said should have known existed.

   c. Failing to utilize adequate signage on the subject electric cart warning of the tipping potential;

   f. Failing to warn the Plaintiff of the dangerous conditions.

   h. Failing to properly trained its personnel to observe, inspect and notice potential hazardous conditions on the premises involving dangerous electric carts.

11. That the aforesaid acts of negligence on the parts of WAL-MART STORES EAST, L.P. were in proximate cause of the injuries sustained by the Plaintiff.

12. As a direct and proximate result of the negligence of the Defendant, WAL-MART STORES EAST, LP, the Plaintiff, LYMAN BRADFORD, JR., suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money and aggravation of a previously existing condition. The losses are either

permanent or continuing and the Plaintiff, LYMAN BRADFORD, JR., will suffer the losses in the future.

WHEREFORE, the Plaintiff, LYMAN BRADFORD, JR., demands judgment for damages against the Defendant, WAL-MART STORES EAST, LP, and would further demand a trial by jury of all issues so triable.

Dated this 30th day of September 2020.

SCHULER, HALVORSON, WEISSER,
ZOELLER & OVERBECK, P.A.
Attorneys for Plaintiff
1615 Forum Place, Ste. 4-D
Barristers Building
West Palm Beach, FL  33401
(561)-689-8180
Primary E-mail: ehayden@shw-law.com
Secondary E-mail: acoates@shw-law.com


By: /s/ Eric C. Hayden, Esq.
        Eric C. Hayden
        FBN: 100923